**FILED**

NOV - 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA SAWYER,<br><br>        Plaintiff,<br>v.<br><br>AURORA LOAN SERVICES; LIBERTY AMERICAN MORTGAGE GROUP; MTC FINANCIAL dba TRUSTEE CORPS.; MTC FINANCIAL; and DOES 1-50, inclusive,<br><br>        Defendants | Case No.: 2:10-CV-00723-JAM-KJN<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Date: November 3, 2010<br>Time: 9:30 a.m.<br>Ctrm: 6<br>Judge: Hon. John A. Mendez<br><br>[No oral argument unless requested by the court] |

The Motion to Dismiss of Defendant AURORA LOAN SERVICES LLC ("AURORA"), to Plaintiff VICTORIA SAWYER's Second Amended Complaint came before this Court at the above-captioned date, time, and department. After review of the pleadings and records on file herein: *for all the reasons stated at the hearing on 11/3/2010,*

IT IS HEREBY ORDERED that AURORA's Motion to Dismiss is granted without leave to amend the Complaint.

Dated: 11-3-2010        By: _____
                              Hon. John A. Mendez
                              United States District Court
                              Eastern District of California

---

[*PROPOSED*] ORDER GRANTING MOTION TO DISMISS

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1700 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

CA10-2658